UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANTHONY DUANE BELL, SR. (1),<br>ANTHONY DUANE BELL, JR. (2)<br><br>          Defendants. | Case No.: 20cr2887-WQH<br><br>**ORDER** |

HAYES, Judge:

  On June 27, 2023, Defendant Anthony Duane Bell Sr. pled guilty to Count 3 of the Indictment pursuant to a Plea Agreement. (ECF No. 197.) The Plea Agreement signed by Defendant Bell Sr. contains a financial addendum whereby Defendant Bell Sr. consented to the forfeiture allegations in the Indictment, including an agreement to forfeit a specific parcel of real property located in El Cajon, California. (*See* ECF No. 198-1.)

  On August 8, 2023, the Court granted the Motion for a Preliminary Order of Criminal Forfeiture filed by Plaintiff United States of America, authorizing Plaintiff to take custody of, among other things, the parcel of real property in El Cajon identified in the Indictment and the Plea Agreement. (ECF No. 202.)

  On September 22, 2023, Claimant Wilmington Savings Fund Society, FSB, Not Individually But Solely in Its Capacity as Trustee of MNQM Trust 2020 ("Claimant") filed

a Petition for Claim on Forfeited Property (ECF No. 203), asserting a verified claim on the parcel of real property in El Cajon identified in the Indictment and the Plea Agreement.

IT IS HEREBY ORDERED that Plaintiff United States of America and any other interested party shall file a response to the Petition for Claim on Forfeited Property (ECF No. 203) no later than October 30, 2023. Claimant may file a reply no later than November 13, 2023.

Dated: September 27, 2023

Hon. William Q. Hayes
United States District Court