# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY D. BELL, SR. and<br>ANTHONY D. BELL, JR.<br><br>　　　　　　　Defendants. | CASE NO. 20-CR-2887-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

Based upon the joint motion of the parties, and GOOD CAUSE appearing, it is hereby ordered that the Joint Motion to Continue is granted (ECF No. 212), and the Sentencing Hearing scheduled for January 8, 2024 is continued to February 12, 2024, at 9 a.m.

The Defendants are out of custody, and each will file an Acknowledgment within 1 week of this Order.

IT IS SO ORDERED:

Dated: December 21, 2023

Hon. William Q. Hayes
United States District Court